UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:22-cv-02387-RGK-PD | Date | November 3, 2022 |
|---|---|---|---|
| Title | Ana Ventura v. Phon Ly et al. | | |

**JS6**

| Present: The Honorable | R. GARY KLAUSNER, U.S. District Judge |
|---|---|
| Joseph Remigio | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**       **(IN CHAMBERS) ORDER DISMISSING ACTION**

Pursuant to the Notice of Voluntary Dismissal [22] filed on November 3, 2022, this action is hereby dismissed.

The Motion for Default Judgment [20] is denied as moot.

The Clerk shall close this action.

IT IS SO ORDERED.

                                                                        :    00

Initials of Preparer    jre